**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 15 P 4: 23

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

January 15, 2003

Howard K. Kurman, Esquire
Max S. Stadfeld, Esquire
Offit, Kurman, Yumkas & Denick, PA
Eight Park Center Ct. - Suite 200
Owings Mills, Maryland 21117-3754

Norman L. Smith, Esquire
Fisher & Winner, LLP
315 N. Charles Street
Baltimore, Maryland 21201-4325

    Subject: I.C.A.T. Special Products, Inc./ICAT Logistics, Inc. v. John T. Greene
          Civil No. S-02-3381

Dear Counsel:

    This is to advise you that, due to a scheduling conflict, I need to reschedule the settlement conference in the above referenced case from Tuesday, February 18, 2003 to Friday, February 21, 2003 at 10:00 a.m. Please advise my chambers immediately if you will not be available at that time. In addition, the due date for ex parte letters has been changed to February 7, 2003.

    Thank you for your cooperation in this matter. I apologize for any inconvenience this may cause.

Very truly yours,

Beth P. Gesner
United States Magistrate Judge

cc:    Judge Smalkin
       Court file

